IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lois Moyer and Brenda Schiano, <br>     Plaintiffs, | : <br> : <br> : | Civil Action No. 06-2682 |
| v. | : <br> : | |
| Home Depot USA, INC., <br>     Defendant. | : <br> : | JURY TRIAL DEMANDED |

## STIPULATION TO DISMISS

It is hereby stipulated by and between the below named counsel that the above-captioned matter is Dismissed with Prejudice pursuant to Rule 41(a) of Pennsylvania Federal Rules.

_____       _____
BRYAN R. LENTZ, ESQUIRE      RICHARD J. DEFORTUNA, ESQUIRE
VILLARI, LENTZ & LYNAM, LLC      MORGAN LEWIS & BOCKIUS, LLP
1628 JFK Blvd., Ste. 1400      1701 Market Street
Philadelphia, PA 19103      Philadelphia, PA 19103